Order issued: November 20, 2012

005012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00112-CV

MAJESTIC CAST, INC., Appellant

V.

MAJED KHALAF D/B/A PROCON PAVING AND CONSTRUCTION, INC., Appellee

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-06450-K

## ORDER

We **GRANT** appellee's November 12, 2012 second agreed motion for an extension of time to file a brief. Appellee shall file its brief on or before December 12, 2012. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

ELIZABETH LANG-MIERS
JUSTICE